[No. 35238-9-II.   Division Two.   July 17, 2007.]

LAURA L. HENDRICKS, *Appellant*, v. ANTONIUK FAMILY TRUST
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-2-14249-0, Vicki L. Hogan, J., entered July
21, 2006. *Affirmed* by unpublished opinion per Houghton,
C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 24769-4-III.   Division Three.   July 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LEE
HOOPER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 04-1-01248-2, Harold D. Clarke III, J.,
entered December 6, 2005. *Affirmed in part* and *remanded*
by unpublished opinion per Kulik, J., concurred in by
Sweeney, C.J., and Brown, J.

[No. 25004-1-III.   Division Three.   July 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ROJELIO
FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 04-1-01531-0, Craig J. Matheson, J., entered
February 22, 2006. *Affirmed* by unpublished opinion per
Kulik, J., concurred in by Brown, J., and Kato, J. Pro Tem.

[No. 25279-5-III.   Division Three.   July 17, 2007.]

WILLIAM E. MOORMAN, *Respondent*, v. TIMOTHY R. HEYEN
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 05-2-00591-7, Lesley A. Allan, J., entered May
9, 2006. *Affirmed* by unpublished opinion per Kulik, J.,
concurred in by Sweeney, C.J., and Kato, J. Pro Tem.